IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KIMBERLEE CHURCHILL, | Case No. 2:21-cv-00040-BMM |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS** |
| INTERMOUNTAIN RETAIL STORE EMPLOYEES PENSION PLAN, BOARD OF TRUSTEES FOR INTERMOUNTAIN RETAIL STORE EMPLOYEES PENSION TRUST, and ZENITH AMERICAN SOLUTIONS, INC., | |
| Defendants. | |

Having reviewed the Stipulated Motion to Dismiss filed in this matter and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each side to bear its own attorney fees and costs.

DATED this 19th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court